JUDGMENT
 
 No. 04-10-00851-CV

 IN THE INTEREST OF M.B.S., and M.L.S., Children
 
 From the 166th Judicial District Court, Bexar County, Texas
 Trial Court Nos. 2009-PA-01372 and 2008-CI-01701
 Honorable Fred Shannon, Judge Presiding
 
 BEFORE JUSTICE SPEEDLIN, JUSTICE SIMMONS, AND JUSTICE HILBIG

In accordance with this courts opinion issued this date, this appeal is DISMISSED. Costs of appeal are taxed against appellant.

SIGNED July 20, 2011.

_3072765-344170__________________________________
Phylis J. Speedlin, Justice